UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COALITION FOR HUMANE IMMIGRANT RIGHTS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-0872 |

**DECLARATION OF PATRICE LAWRENCE,
EXECUTIVE DIRECTOR, UNDOCUBLACK NETWORK**

I, Patrice Lawrence, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am the Executive Director of UndocuBlack Network ("UndocuBlack"). Created in 2016, UndocuBlack is a nonprofit membership organization and multigenerational network of Black immigrants that advocates for and supports Black immigrants through facilitating access to resources, storytelling, organizing, and community wellness.

2. I have worked at UndocuBlack for nine years. In my role, I oversee several core departments critical to our mission: Community Wellness, Policy and Advocacy, Community Engagement, Development, and Narrative and Media. Through this work, I help guide the strategic vision for how we support and uplift Black immigrants across the country and ensure our programs are responsive to the evolving needs of our members.

**UndocuBlack's Mission and Activities**

3. UndocuBlack's mission is to foster community, facilitate access to resources, and contribute to transforming the realities of its members – who are Black immigrants – so they can

1

thrive and live their fullest lives.

4. At its core, UndocuBlack's work is centered on engaging and supporting its members and advocating for policies that protect members and Black immigrants at large through different areas of work including community engagement and organizing, community wellness, narrative and storytelling, and policy and advocacy.

5. Since its inception, UndocuBlack has served and supported the Haitian community in particular. UndocuBlack has provided a wide range of services to its Haitian members that include providing legal assistance to sponsors and beneficiaries of humanitarian parole programs and enrolling family members in school and social services programs.

6. As a part of our policy and advocacy work, UndocuBlack provides educational information and advocacy on behalf of its members. For example, UndocuBlack frequently conducts Know Your Rights trainings with its members to explain new policies that aim to adversely impact the UndocuBlack community.

**UndocuBlack membership**

7. UBN has members across the nation with chapters in New York, Los Angeles and Washington, DC. UBN serves thousands of immigrants through its organizational chapters with a national network across approximately thirty states.

8. As of the date of this declaration, UndocuBlack's membership is over 1000 active members. To become an active UndocuBlack member, an individual must (1) identify as Black, (2) be an immigrant, and is asked to (3) apply by submitting a form to indicate their interest in joining the membership. There are no membership dues required.

9. UndocuBlack also serves those who are part of our larger UndocuBlack Community. The communities in the UndocuBlack network include, but are not limited to,

currently and formerly undocumented young people, elders, students, differently abled people, entrepreneurs, LGBTQ people, houseless and unhoused people, formerly incarcerated people, and people holding temporary legal status. This diverse, inclusive, and expansive network (the "UndocuBlack Community") fosters community, facilitates access to resources, and advocates to transform the realities of UndocuBlack Community members across the United States, helping them to not only survive, but thrive. UndocuBlack's vision is to foster inclusive immigrant rights and racial justice movements that advocate for the rights of, and provide support, healing, and community to those with intersecting identities. UndocuBlack works to achieve this mission and to improve the lives of UndocuBlack Community members.

10. UndocuBlack considers individuals in the UndocuBlack Community who have been involved with UndocuBlack programming or who have reached out to the organization for services to be members of UndocuBlack.

11. UndocuBlack's members include at least 300 Haitian parole beneficiaries who were granted parole through either the parole processes for Cubans, Haitians, Nicaraguans, and Venezuelans (CHNV) or CBP One appointments at a port of entry.

12. UndocuBlack members live in areas where encounters with U.S. Immigration and Customs Enforcement (ICE) officials are common. ICE actively detains noncitizens all over New York, where the largest concentration of UndocuBlack members reside. In the last several months, this activity has increased significantly, including for noncitizens who have a temporary status like parole.

**Harm to UndocuBlack's Members**

13. Under the government's recent policies, UndocuBlack's many members who are Haitian CBP One and CHNV parole beneficiaries face the imminent risk of being processed for

expedited removal, which would cause them severe harm. Our Haitian members who were paroled into the country with the help of sponsors through the CHNV parole program are now likely to have their parole terminated quickly as a result of the Supreme Court's recent decision to stay the lower court order that had previously protected their parole status from the administration's efforts to terminate status early. In the Federal Register Notice that ended the CHNV parole program, and which categorically and prematurely terminated all grants of CHNV parole, the federal government clearly expressed a strong interest in initiating expedited removal proceedings "to the maximum extent possible" for CHNV parole beneficiaries, and in fact justified the *en masse* termination of all CHNV parole grants for precisely that purpose. The same Federal Register Notice also specified that the federal government would prioritize for expedited removal those CHNV parole beneficiaries who had not filed an immigration benefit request for alternate legal status before the publication of the Federal Register Notice, or who are not the beneficiary of an immigration benefit request filed by someone else on their behalf. Given that UndocuBlack has many CHNV parole beneficiary members, we are aware of multiple individuals within our membership, including in New York, who are at this heightened risk of expedited removal under the Federal Register Notice, due to not having any other applications for legal status filed or on their behalf.

14. We have additionally heard from our members who have expressed fear about the recent rise in arrests at courthouses of noncitizens after their removal proceedings so they can be processed for expedited removal, particularly because paroled individuals have been arrested as part of these enforcement actions. This practice of courthouse arrests poses particular danger to our many members who are CBP One parolees, because many of them were placed in removal proceedings at the time of their parole and must appear regularly in immigration court.

15. Our members who are parole beneficiaries are frightened based on the reports around the country that they will be arrested and subject to expedited removal. Some UndocuBlack members who are Haitian parole beneficiaries did not come to the United States in time to apply for Temporary Protected Status (TPS), and even those who now have TPS recognize that the Trump administration is attempting to terminate those protections early, so that status is precarious. Many of these members therefore have pending applications for other kinds of immigration relief, including asylum and adjustment of status, or are preparing to file such applications. Although the Federal Register Notice that terminated all individual grants of CHNV parole indicated that individuals who do not have pending immigration benefits applications will be prioritized for expedited removal, our members are well aware of news reports of the Trump administration canceling other immigrants' visas and green card petitions and fear that their own petitions could likewise be canceled or otherwise rendered invalid. They are also well aware of directives from the Trump administration instructing DHS agencies to consider revoking individuals' parole in order to subject them to expedited removal, and indeed, multiple CBP One parole beneficiaries have had their parole revoked, and now all CHNV parole beneficiaries will likely have their parole swiftly terminated, too. If UndocuBlack's parole beneficiary members are processed for expedited removal, they will face significant challenges to presenting any claims for other immigration benefits, or lose the opportunity to do so altogether.

16. Specifically, UndocuBlack members who may be eligible for asylum or Convention Against Torture protections in the United States would face tremendous obstacles if they were targeted for expedited removal and would have to rely only on the credible fear screening process. The screenings depend on case referrals by enforcement personnel to asylum

officers, and noncitizens are given little opportunity to gather relevant documents, present evidence, or consult counsel, all while battling difficulties with language barriers. Due to these and other inadequacies, the screenings can result in, and have resulted in, the removal of people to dangerous circumstances abroad without the opportunity to develop the kind of case that would have secured relief in immigration court.

17. UndocuBlack's members who are Haitian parole beneficiaries also have family in the United States with different immigration statuses. As a result, UndocuBlack expects that these members, if they are put in expedited removal, will experience abrupt family separation and lose one or more household incomes. They could also be deported to Haiti where they don't have family or resources and where they may be at risk of violence or even death.

18. One UndocuBlack member, UBN Jane Doe 1, is a Haitian woman who was sponsored to come to the United States through the Haitian CHNV parole process. She applied for and was granted TPS, but now, due to the administration's efforts to terminate Haitian TPS prematurely, that status will likely expire in August, and she could be subject to expedited removal. UBN Jane Doe 1's son, who is back in Haiti, is ill, and being able to work in the U.S. through CHNV has been the only way UBN Jane Doe 1 has been able to provide for him. The termination of her CHNV parole and the anticipated early terminations of her TPS, together with the possibility of being removed expeditiously without a meaningful opportunity to request any possible form of relief, have caused significant harm to UBN Jane Doe 1, who has relied upon CHNV parole to provide for herself and her ailing child. Moreover, the government's betrayal and stripping of time that was given to her—which would be exacerbated by efforts to quickly remove her without process—will cause deep financial and psychological harm to her.

19. Another UndocuBlack member, UBN Jane Doe 2, is a 45-year-old mother who

fled Haiti and was paroled into the U.S. with her young son through CBP One in March 2024. As she struggles to navigate the complex asylum process without legal representation, she lives in constant fear for both her life and her child's. Her greatest terror is that stepping outside for any reason could mean never returning to her son. Through free legal resources, she has learned that she must always be prepared to show documentation of at least two years of presence in the U.S. But the harsh reality is that she simply does not have that. The weight of this requirement, coupled with the uncertainty of her status, leaves her paralyzed with fear—afraid to attend her own hearings, afraid to send her son to school, and even afraid to stay in her own home. Any knock at the door or passing shadow, even from the mail carrier, fills her with terror. She lives in a constant state of anxiety, fearing that at any minute, she will be processed for expedited removal, forced to try and quickly defend her asylum claim alone and without the opportunity to see a judge, without the ability to pay for an attorney, and while battling language barriers.

20. UndocuBlack has dedicated many resources to ensure its members are well-informed about the danger that they now face due to the increased use of expedited removal against parole beneficiaries. UndocuBlack has heard directly from many members who are fearful of being detained, including members who have not been in the United States for two years, which we understand is one of the requirements the government uses to say they are eligible for expedited removal.

21. UndocuBlack's members who entered on parole after making a CBP One appointment or through the CHNV parole process invested considerable time and resources in applying for these humanitarian parole programs, often while fleeing dangerous circumstances in their home country. They did everything the United States government asked of them to satisfy the requirements established by these parole processes, including vetting and inspection

7

requirements, and now the government aims to remove them as quickly as possible. UndocuBlack members, and other CHNV and CBP One parole beneficiaries like them, have done nothing to deserve this abrupt change in course; to the contrary, they are hard-working individuals, dedicated to supporting their families and uplifting their communities.

22. Not only will families face separation, but our members would face extreme danger if forced to return home to Haiti. The threat of being subject to expedited removal already feels very real for our members given what is happening around the country at courthouses, and it has already sown extreme fear in our Black immigrant communities. We have heard from members who are afraid to seek medical services they desperately require, take their children to school, or even answer a knock at the door. The members and communities that UndocuBlack serves will be irreparably harmed if the government is permitted to continue targeting parole beneficiaries for expedited removal.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 9, 2025
Washington, District of Columbia

Respectfully submitted,

*P.S. Lawrence*
Patrice Lawrence