UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COALITION FOR HUMANE IMMIGRANT RIGHTS, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,<br><br>*Defendants.* | Case No.: 1:25-cv-0872 |

**DECLARATION OF ENRIQUE ESPINOZA**

I, Enrique Espinoza, upon my personal knowledge, hereby declare as follows:

1. I am over the age of 18 and competent to testify to the facts and matters set forth herein.

2. I am a Staff Attorney in the Immigration Clinic at the Chicago-Kent College of Law, and I am an attorney in good standing of the State Bar of Illinois. I have been practicing immigration law, including removal defense, for 2 years. I am the counsel of record for A.A.A., a Venezuelan national who was paroled into the United States on October 26, 2023, at the Laredo, Texas port of entry and who now appears to be targeted for expedited removal by U.S. Immigration and Customs Enforcement (ICE).

**A.A.A.**

3. On October 26, 2023, U.S. Customs and Border Protection (CBP) paroled A.A.A. into the United States and simultaneously served him with a Notice to Appear ("NTA"). Attached as Exhibit A to this declaration is a true and correct copy of A.A.A.'s Notice to Appear with all personally identifiable information redacted.

4. On December 13, 2023, A.A.A.—then unrepresented—timely filed Form I-589 (Application for Asylum) with the Immigration Court in Annandale, Virginia, describing in detail his well-founded fear of persecution if returned to Venezuela.

5. The Immigration Court initially set a master calendar hearing for September 26, 2024, before the Honorable Immigration Judge Sherease R. Pratt. On August 5, 2024, A.A.A. filed a pro se Motion to Change Venue to Chicago, Illinois; Judge Pratt granted the motion the very next day.

6. On May 23, 2025, A.A.A. appeared—still unrepresented—before the Honorable Immigration Judge Ana Mencini in Chicago. Judge Mencini granted A.A.A. a continuance to obtain counsel and rescheduled the master calendar hearing for August 13, 2026. Attached as Exhibit B to this declaration is a true and correct copy of the Notice of In-person Hearing for a master calendar hearing on August 13, 2026 with all personally identifiable information redacted. No other issues were raised, and A.A.A. was excused from the courtroom.

7. Immediately after leaving the courtroom on May 23, 2025, two plain-clothes officers speaking Spanish approached A.A.A. and told him he needed to accompany them because "the government was dismissing the case against him." No such motion had been filed or discussed on the record, and nothing in the EOIR Case Access System (ECAS) suggested pending action by the Department of Homeland Security (DHS) at that time.

8. The officers escorted A.A.A. to a small interview room and presented English-language documents, instructing him—again in Spanish—that signing was "just part of the process." Believing he had no choice, A.A.A. signed.

9. During this interaction, A.A.A. recalled that one officer stated—in Spanish—that "the government was dismissing the case against him and would be seeking expedited removal." Although A.A.A. is not a lawyer and lacks formal legal education, he repeated terms such as "expedited removal" and "motion to dismiss" during my subsequent interview with him. His use of such precise legal language, which he could only have heard during that encounter, strengthens the credibility of his account.

10. The officers then transported A.A.A. to the Broadview, Illinois detention facility. Notably, EOIR system still categorized his case as non-detained.

11. On May 24, 2025, I entered my appearance with ICE via electronic Form G-28 and, on May 25, 2025, filed my notice of appearance with EOIR. At that time, ECAS still contained no DHS motion to dismiss or terminate.

12. That same day—without prior notice—ICE transferred A.A.A. to the Kay County Detention Center in Oklahoma. I learned of the transfer only through an automated ICE notification after my appearance had been accepted.

13. Efforts to contact ICE's Chicago Field Office proved futile; published telephone numbers were either disconnected or went unanswered. Kay County staff confirmed A.A.A.'s physical presence but, because EOIR still listed the case in Chicago, were not able to provide the name of the assigned deportation officer or more information.

14. During my communications with A.A.A. (by phone and videoconference), he described overcrowded conditions: approximately 200 detainees housed in four cells of roughly 50 men each, with limited recreation of forty (40) minutes per day and insufficient beds forcing some detainees to sleep on the floor.

15. On May 29, 2025—six days after A.A.A.'s seizure—DHS finally uploaded several documents to ECAS, including the forms A.A.A. had been compelled to sign. One form purport to waive his right to appear before an Immigration Judge to review his custody determination; A.A.A. emphatically denies understanding this was the effect of his signature. Attached as Exhibit C to this declaration is a true and correct copy of this custody determination form with all personally identifiable information redacted.

16. On May 30, 2025, EOIR transferred venue to the Oklahoma City Immigration Court. A master calendar hearing is now set for June 5, 2025, before the Honorable Immigration Judge Jacinto Palomino.

17. ICE's sudden detention and out-of-state transfer, undertaken without notice to counsel or a pending motion before the Court, have gravely prejudiced A.A.A.'s ability to prepare his asylum case and undermined his faith in the integrity of these proceedings.

18. Relocating him to Oklahoma—hundreds of miles from his pro bono counsel, community ties, and evidence—has effectively deprived him of meaningful access to representation.

19. The misinformation conveyed by ICE officers, coupled with the coercive circumstances under which A.A.A. signed English-language documents he did not comprehend, calls into question the voluntariness and validity of any purported waivers.

20. Prolonged confinement in overcrowded, restrictive conditions has inflicted severe psychological distress on A.A.A. He has expressed hopelessness and a desire to abandon his asylum claim—even though return to Venezuela would expose him to the very harms Congress intended our asylum laws to prevent.

21. I have reviewed the contents of this declaration with A.A.A. during a Videoconference, and he has confirmed that all statements about his immigration history, immigration

status, and immigration case are true and correct to the best of his knowledge. It is not feasible for A.A.A. to prepare his own signed declaration, because he is in immigration detention and I have only been able to review the documents in his immigration file and during our Videoconference. I am not able to visit him in person.

I declare under penalty of perjury and under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed in Chicago, Illinois on June 4, 2025

_____
Enrique Espinoza

# EXHIBIT A

Coalition for Humane Immigrant Rights, et al. v. Noem et al., 1:25-cv-00872 (JMC)

DEPARTMENT OF HOMELAND SECURITY
**NOTICE TO APPEAR**

| | Event No: ▮▮▮▮▮ |
|---|---|
| **In removal proceedings under section 240 of the Immigration and Nationality Act:** | |
| Subject ID : ▮▮▮▮  FIN #: ▮▮▮▮ | File No: ▮▮▮▮ |
| SIGMA Event: ▮▮▮▮  DOB: ▮▮▮▮ | |

In the Matter of: ▮▮▮▮

Respondent: ▮▮▮▮▮▮▮▮▮▮ _____ currently residing at:

▮▮▮▮ Kinsale, VIRGINIA 22488, UNITED STATES OF AMERICA    ▮▮▮▮

(Number, street, city, state and ZIP code)    (Area code and phone number)

[x] You are an arriving alien.

[ ] You are an alien present in the United States who has not been admitted or paroled.

[ ] You have been admitted to the United States, but are removable for the reasons stated below.

The Department of Homeland Security alleges that you:
1. You are not a citizen or national of the United States;
2. You are a native of Venezuela and a citizen of Venezuela;
3. You applied for admission into the United States on October 26, 2023, at the Laredo, Texas Port of Entry;
4. You are an immigrant not in possession of a valid unexpired immigrant visa or other valid entry document required by the Immigrant and National Act.

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:
See Continuation Page Made a Part Hereof

[ ] This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.

[ ] Section 235(b)(1) order was vacated pursuant to:    [ ] 8CFR 208.30    [ ] 8CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:
7619 LITTLE RIVER TPKE 4TH FL,
ANNANDALE, VA, US 22003

(Complete Address of Immigration Court, including Room Number, if any)

on June 20, 2024    at 01:30 PM    to show why you should not be removed from the United States based on the charge(s) set forth above.
(Date)    (Time)    BECERRA, Miguel A
CBP OFFICER
(Signature and Title of Issuing Officer)    *Digitally Acquired Signature*

Date: October 26, 2023    LAREDO, TEXAS
(City and State)

EOIR - 1 of 4

DHS Form I-862 (6/22)    Page 1 of 4

## Notice to Respondent

**Warning:** Any statement you make may be used against you in removal proceedings.

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are in removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 1003.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice, to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents that you desire to have considered in connection with your case. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing. At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear, including that you are inadmissible or removable. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government. At the conclusion of your hearing, you have a right to appeal an adverse decision by the immigration judge. You will be advised by the immigration judge before whom you appear of any relief from removal for which you may appear eligible including the privilege of voluntary departure. You will be given a reasonable opportunity to make any such application to the immigration judge.

**One-Year Asylum Application Deadline:** If you believe you may be eligible for asylum, you must file a Form I-589, Application for Asylum and for Withholding of Removal. The Form I-589, Instructions, and information on where to file the Form can be found at www.uscis.gov/i-589. Failure to file the Form I-589 within one year of arrival may bar you from eligibility to apply for asylum pursuant to section 208(a)(2)(B) of the Immigration and Nationality Act.

**Failure to appear:** You are required to provide the Department of Homeland Security (DHS), in writing, with your full mailing address and telephone number. You must notify the Immigration Court and the DHS immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this proceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the DHS.

**Mandatory Duty to Surrender for Removal:** If you become subject to a final order of removal, you must surrender for removal to your local DHS office, listed on the internet at http://www.ice.gov/contact/ero, as directed by the DHS and required by statute and regulation. Immigration regulations at 8 CFR 1241.1 define when the removal order becomes administratively final. If you are granted voluntary departure and fail to depart the United States as required, fail to post a bond in connection with voluntary departure, or fail to comply with any other condition or term in connection with voluntary departure, you must surrender for removal on the next business day thereafter. If you do not surrender for removal as required, you will be ineligible for all forms of discretionary relief for as long as you remain in the United States and for ten years after your departure or removal. This means you will be ineligible for asylum, cancellation of removal, voluntary departure, adjustment of status, change of nonimmigrant status, registry, and related waivers for this period. If you do not surrender for removal as required, you may also be criminally prosecuted under section 243 of the Immigration and Nationality Act.

**U.S. Citizenship Claims:** If you believe you are a United States citizen, please advise the DHS by calling the ICE Law Enforcement Support Center toll free at (855) 448-6903.

**Sensitive locations:** To the extent that an enforcement action leading to a removal proceeding was taken against Respondent at a location described in 8 U.S.C. § 1229(e)(1), such action complied with 8 U.S.C. § 1367.

## Request for Prompt Hearing

To expedite a determination in my case, I request this Notice to Appear be filed with the Executive Office for Immigration Review as soon as possible. I waive my right to a 10-day period prior to appearing before an immigration judge and request my hearing be scheduled.

Before: _____

_____
(Signature of Respondent)

Date: _____

_____
(Signature and Title of Immigration Officer)

## Certificate of Service

This Notice To Appear was served on the respondent by me on <u>October 26, 2023</u>, in the following manner and in compliance with section 239(a)(1) of the Act.

[x] in person   [ ] by certified mail, returned receipt # _____ requested   [ ] by regular mail
[ ] Attached is a credible fear worksheet.
[x] Attached is a list of organization and attorneys which provide free legal services.

The alien was provided oral notice in the <u>SPANISH</u> language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

_____   BECERRA, Miguel A
*Digitally Acquired Signature*         CBP OFFICER                       *Digitally Acquired Signature*
(Signature of Respondent if Personally Served)        (Signature and Title of Officer)

## Privacy Act Statement

**Authority:**
The Department of Homeland Security through U.S. Immigration and Customs Enforcement (ICE), U.S Customs and Border Protection (CBP), and U.S. Citizenship and Immigration Services (USCIS) are authorized to collect the information requested on this form pursuant to Sections 103, 237, 239, 240, and 290 of the Immigration and Nationality Act (INA), as amended (8 U.S.C. 1103, 1229, 1229a, and 1360), and the regulations issued pursuant thereto.

**Purpose:**
You are being asked to sign and date this Notice to Appear (NTA) as an acknowledgement of personal receipt of this notice. This notice, when filed with the U.S. Department of Justice's (DOJ) Executive Office for Immigration Review (EOIR), initiates removal proceedings. The NTA contains information regarding the nature of the proceedings against you, the legal authority under which proceedings are conducted, the acts or conduct alleged against you to be in violation of law, the charges against you, and the statutory provisions alleged to have been violated. The NTA also includes information about the conduct of the removal hearing, your right to representation at no expense to the government, the requirement to inform EOIR of any change in address, the consequences for failing to appear, and that generally, if you wish to apply for asylum, you must do so within one year of your arrival in the United States. If you choose to sign and date the NTA, that information will be used to confirm that you received it, and for recordkeeping.

**Routine Uses:**
For United States Citizens, Lawful Permanent Residents, or individuals whose records are covered by the Judicial Redress Act of 2015 (5 U.S.C. § 552a note), your information may be disclosed in accordance with the Privacy Act of 1974, 5 U.S.C. § 552a(b), including pursuant to the routine uses published in the following DHS systems of records notices (SORN): DHS/USCIS/ICE/CBP-001 Alien File, Index, and National File Tracking System of Records, DHS/USCIS-007 Benefit Information System, DHS/ICE-011 Criminal Arrest Records and Immigration Enforcement Records (CARIER), and DHS/ICE-003 General Counsel Electronic Management System (GEMS), and DHS/CBP-023 Border Patrol Enforcement Records (BPER). These SORNs can be viewed at https://www.dhs.gov/system-records-notices-sorns. When disclosed to the DOJ's EOIR for immigration proceedings, this information that is maintained and used by DOJ is covered by the following DOJ SORN: EOIR-001, Records and Management Information System, or any updated or successor SORN, which can be viewed at https://www.justice.gov/opcl/doj-systems-records. Further, your information may be disclosed pursuant to routine uses described in the abovementioned DHS SORNs or DOJ EOIR SORN to federal, state, local, tribal, territorial, and foreign law enforcement agencies for enforcement, investigatory, litigation, or other similar purposes.

For all others, as appropriate under United States law and DHS policy, the information you provide may be shared internally within DHS, as well as with federal, state, local, tribal, territorial, and foreign law enforcement; other government agencies; and other parties for enforcement, investigatory, litigation, or other similar purposes.

**Disclosure:**
Providing your signature and the date of your signature is voluntary. There are no effects on you for not providing your signature and date; however, removal proceedings may continue notwithstanding the failure or refusal to provide this information.

EOIR — 3 of 4

| U.S. Department of Homeland Security | Continuation Page for Form I-862 |
|---|---|

| Alien's Name | File Number | Date |
|---|---|---|
| ███████████ | ███████████ SIGMA Event: ███████████ Event No: ███████████ | October 26, 2023 |

ON THE BASIS OF THE FOREGOING, IT IS CHARGED THAT YOU ARE SUBJECT TO REMOVAL FROM THE UNITED STATES PURSUANT TO THE FOLLOWING PROVISION(S) OF LAW:
================================================================================

212(a)(7)(A)(i)(I) of the Immigration and Nationality Act (Act), as amended, as an immigrant who, at the time of application for admission, is not in possession of a valid unexpired immigrant visa, reentry permit, border crossing card, or other valid entry document required by the Act, and a valid unexpired passport, or other suitable travel document, or document of identity and nationality as required under the regulations issued by the Attorney General under section 211(a) of the Act.

| Signature                BECERRA, Miguel A | Title                CBP OFFICER |
|---|---|

*Digitally Acquired Signature*

4 of 4 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

# EXHIBIT B

Coalition for Humane Immigrant Rights, et al. v. Noem et al., 1:25-cv-00872 (JMC)

```
                    UNITED STATES DEPARTMENT OF JUSTICE
                    EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
                          CHICAGO IMMIGRATION COURT
```

LEAD FILE: ███████████
IN REMOVAL PROCEEDINGS
DATE: May 23, 2025

TO:
███████████████████
MADISON, WI   53711

RE: ████████████████████████████████████

**Notice of In-Person Hearing**

Your case has been scheduled for a MASTER hearing before the immigration court on:

```
Date:           Aug 13, 2026
Time:           1:00 P.M. CT
Court Address:  536 S. CLARK ST., STE. 340
                COURTROOM 4, CHICAGO, IL 60605
```

**Representation:** You may be represented in these proceedings, at no expense to the Government, by an attorney or other representative of your choice who is authorized and qualified to represent persons before an immigration court. If you are represented, your attorney or representative must also appear at your hearing and be ready to proceed with your case. Enclosed and online at https://www.justice.gov/eoir/list-pro-bono-legal-service-providers is a list of free legal service providers who may be able to assist you.

**Failure to Appear:** If you fail to appear at your hearing and the Department of Homeland Security establishes by clear, unequivocal, and convincing evidence that written notice of your hearing was provided and that you are removable, you will be ordered removed from the United States. Exceptions to these rules are only for exceptional circumstances.

**Change of Address:** The court will send all correspondence, including hearing notices, to you based on the most recent contact information you have provided, and your immigration proceedings can go forward in your absence if you do not appear before the court. If your contact information is missing or is incorrect on the Notice to Appear, you must provide the immigration court with your updated contact information within five days of receipt of that notice so you do not miss important information. Each time your address, telephone number, or email address changes, you must inform the immigration court within five days. To update your contact information with the immigration court, you must complete a Form EOIR-33 either online at https://respondentaccess.eoir.justice.gov/en/ or by [completing the enclosed paper form](#) and mailing it to the immigration court listed above.

**Internet-Based Hearings:** If you are scheduled to have an internet-based hearing, you will appear by video or telephone. If you prefer to appear in person at the immigration court named above, you must file a motion for an in-person hearing with the immigration court at least fifteen days before the hearing date provided above. Additional information about internet-based hearings for each immigration court is available on EOIR's website at https://www.justice.gov/eoir/eoir-immigration-court-listing.

**In-Person Hearings:** If you are scheduled to have an in-person hearing, you will appear in person at the immigration court named above. If you prefer to appear remotely, you must file a motion for an internet-based hearing with the immigration court at least fifteen days before the hearing date provided above.

For information about your case, please call **1-800-898-7180** (toll-free) or **304-625-2050**.

**The Certificate of Service on this document allows the immigration court to record delivery of this notice to you and to the Department of Homeland Security.**

_____
                         CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY:MAIL[M]   PERSONAL SERVICE[P]   ELECTRONIC SERVICE[E]
TO:  [ p  ] Noncitizen | [   ] Noncitizen c/o Custodial Officer |
     [   ] Noncitizen ATT/REP | [  e ] DHS
DATE: ___05-23-2025_____       BY:  COURT STAFF _____lg_____
Attachments:[ ] EOIR-33 [ ] Appeal Packet [ x ] Legal Services List [ ] Other  NH



Use a smartphone's camera to scan the code on this page to read the notice online.

Usa la cámara de un teléfono inteligente para escanear el código de esta página y leer el aviso en línea.

Use a câmara do smartphone para digitalizar o código nesta página e ler o manual de instruções online.

使用智能手机摄像头扫描本页面的代码，即可在线阅读该通知。

ਨੋਟਿਸ ਨੂੰ ਔਨਲਾਈਨ ਪੜ੍ਹਨ ਲਈ ਇਸ ਪੰਨੇ 'ਤੇ ਕੋਡ ਨੂੰ ਸਕੈਨ ਕਰਨ ਲਈ ਸਮਾਰਟਫੋਨ ਦੇ ਕੈਮਰੇ ਦੀ ਵਰਤੋਂ ਕਰੋ।

অনলাইনে নোটিশ পড়ার জন্য এই পেজের কোডটি স্ক্যান করতে স্মার্টফোনের ক্যামেরা ব্যবহার করুন

सूचना अनलाइनमा पढ्न यस पृष्ठमा कोड स्क्यान गर्न स्मार्टफोनको क्यामेरा प्रयोग गर्नुहोस्।

Sèvi ak kamera yon telefòn entèlijan pou eskane kòd ki nan paj sa a pou li avi a sou entènèt.

استخدم كاميرا الهاتف الذكي لمسح الرمز الموجود في هذه الصفحة لقراءة الإشعار على الإنترنت

Чтобы прочитать уведомление онлайн, отсканируйте код на этой странице с помощью камеры вашего смартфона.

Utilisez l'appareil photo d'un téléphone intelligent pour scanner le code sur cette page afin de lire l'avis en ligne.

# EXHIBIT C

Coalition for Humane Immigrant Rights, et al. v. Noem et al., 1:25-cv-00872 (JMC)

DEPARTMENT OF HOMELAND SECURITY
## NOTICE OF CUSTODY DETERMINATION

Alien's Name: _____    A-File Number: _____

Date: 05/23/2025

Event ID: _____    Subject ID: _____

Pursuant to the authority contained in section 236 of the Immigration and Nationality Act and part 236 of title 8, Code of Federal Regulations, I have determined that, pending a final administrative determination in your case, you will be:

☒ Detained by the Department of Homeland Security.

☐ Released (check all that apply):
  ☐ Under bond in the amount of $ _____
  ☐ On your own recognizance.
  ☐ Under other conditions. [Additional document(s) will be provided.]

LEIBAS, D3899    /signature/    05/23/2025 11:53 AM
Name and Signature of Authorized Officer    Date and Time of Custody Determination

SDDO    ICE ERO CHICAGO FIELD OFFICE 101 W IDA B WELLS DR, 4TH FLOOR CHICAGO, IL US 60605
Title    Office Location/Address

You may request a review of this custody determination by an immigration judge.

☒ I acknowledge receipt of this notification, and
  ☐ I **do** request an immigration judge review of this custody determination.
  ☒ I **do not** request an immigration judge review of this custody determination.

_____    05/23/2025
Signature of Alien    Date

The contents of this notice were read to ALDANA ALCEDO, ANTONIO in the SPANISH language.
(Name of Alien)    (Name of Language)

BUCIO, R 1726    /signature/
Name and Signature of Officer    Name or Number of Interpreter (if applicable)

DO
Title

DHS Form I-286 (1/14)    Page 1 of 1