UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

COALITION FOR HUMANE IMMIGRANT RIGHTS, *et al.*,

   *Plaintiffs,*

   v.

KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,

   *Defendants.*

Case No.: 1:25-cv-0872

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for a Stay of Agency Action Under 5 U.S.C. § 705, it is hereby ordered that the motion is GRANTED. Until the Court resolves this case on the merits or orders otherwise, or until such time as the parties agree in writing to amend, supersede, or terminate this order, it is ORDERED that:

1. The effective dates of implementation and enforcement of the January 23 Huffman Memorandum, February 18 ICE Directive, and March 21 Parole Termination Notice for Cubans, Haitians, Nicaraguans, and Venezuelans (CHNV) are immediately postponed and stayed insofar as they subject individuals who have previously been granted parole at ports of entry to expedited removal.

Date: _____, 2025

_____

The Honorable Jia M. Cobb

UNITED STATES DISTRICT JUDGE