# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COALITION FOR HUMANE IMMIGRANT RIGHTS, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,<br><br>*Defendants.* | Case No.: 1:25-cv-0872 |

## JOINT STATEMENT OF PARTIES REGARDING BRIEFING SCHEDULE

As ordered by the Court on June 12, 2025, the parties have met and conferred on a briefing schedule for Plaintiffs' Motion to Stay Agency Action (ECF No. 22) and propose the following:

| Plaintiffs' Motion filed: | June 11, 2025 |
|---|---|
| Defendants' Opposition due: | June 24, 2025 |
| Plaintiffs' Reply filed: | July 1, 2025 |

Plaintiffs will, given the urgency of the motion, endeavor to file their Reply early.

The parties respectfully ask the Court to enter this joint briefing schedule at its earliest convenience.

Additionally, the parties have met and conferred regarding the date by which Defendants must file an answer or other responsive pleading to the June 11, 2025 amended complaint (ECF No. 21), and propose that Defendants shall file such response within 14 days of the date the court rules on Plaintiffs' Motion to Stay Agency Action. The parties respectfully ask the Court to enter an order accordingly.

| | |
|---|---|
| Dated: June 16, 2025 | Respectfully submitted, |
| */s/ Papu Sandhu* | */s/ Esther H. Sung* |
| PAPU SANDHU | Esther H. Sung (CA00132) |
| *Assistant Director* | Karen C. Tumlin (CA00129) |
| U.S. Department of Justice | Hillary Li (GA0052) |
| Civil Division | **JUSTICE ACTION CENTER** |
| Office of Immigration Litigation | P.O. Box 27280 |
| General Litigation & Appeals Section | Los Angeles, CA 90027 |
| P.O. Box 878, Ben Franklin Station | Telephone: (323) 450-7272 |
| Washington, DC 20044 | esther.sung@justiceactioncenter.org |
| Papu.Sandhu@usdoj.gov | karen.tumlin@justiceactioncenter.org |
| | hillary.li@justiceactioncenter.org |
| TIM RAMNITZ | |
| *Senior Litigation Counsel* | Nicholas Katz, Esq. (*pro hac vice*) |
| | **CASA, INC.** |
| ARIC A. ANDERSON | 8151 15th Avenue |
| TARYN ARBEITER | Hyattsville, MD 20783 |
| *Trial Attorneys* | Telephone: (240) 491-5743 |
| | nkatz@wearecasa.org |
| *Counsel for Defendants* | |
| | Carl Bergquist (*pro hac vice*) |
| | **COALITION FOR HUMANE IMMIGRANT RIGHTS** |
| | 2533 West 3rd St, Suite 101 |
| | Los Angeles, CA 90057 |
| | Telephone: (310) 279-6025 |
| | cbergquist@chirla.org |
| | *Attorneys for Plaintiffs* |

## CERTIFICATE OF SERVICE

 I hereby certify that on June 16, 2025, I caused a copy of the foregoing to be transmitted to all Defendants through the CM/ECF filing system.

*/s/ Esther H. Sung*
Esther H. Sung (CA00132)
**JUSTICE ACTION CENTER**
P.O. Box 27280
Los Angeles, CA 90027
Telephone: (323) 450-7272
esther.sung@justiceactioncenter.org
