IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COALITION FOR HUMANE IMMIGRANT RIGHTS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*, <br><br> Defendants. | Case No. 1:25-cv-00872 (JMC) <br><br> Hon. Jia M. Cobb |

**DEFENDANTS' MOTION TO EXTEND PAGE-LIMITATION WITH RESPECT TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR A STAY OF AGENCY ACTION UNDER 5 U.S.C. § 705**

On June 11, 2025, Plaintiffs filed a motion for a stay of agency action under 5 U.S.C. § 705. ECF No. 22. Defendants' response to Plaintiffs' motion for a stay is due June 24, 2025. Defendants respectfully request leave to exceed the limitation of 45 pages, *see* LCvR 7(e), by ten pages or less in their forthcoming opposition to Plaintiffs' motion for a stay.

Good cause supports this motion as Defendants must respond to Plaintiffs' 38-page stay motion (ECF No. 22-1) and their 16 declarations, including more than 100 pages of exhibits (ECF Nos. 22-2 through 22-17). Thus, Defendants require additional pages so they may adequately present their position and meaningfully respond to Plaintiffs' motion.

Pursuant to Local Civil Rule 7(m), Plaintiffs consent to this request with the understanding that Defendants will consent to Plaintiffs' motion to exceed the page limit by ten pages, if necessary, for purposes of filing their reply to this Opposition. Accordingly, Defendants respectfully request leave to exceed the ordinary page limitations by ten pages or less.

Dated: June 23, 2025                                Respectfully submitted,

*/s/ Papu Sandhu*
PAPU SANDHU
(Mass. Bar No. 630090)
Assistant Director
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 616-9357
Email: papu.sandhu@usdoj.gov
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2025, I electronically filed this MOTION TO EXTEND PAGE-LIMITATION WITH RESPECT TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR A STAY OF AGENCY ACTION UNDER 5 U.S.C. § 705 with the Clerk of the Court for the United States Court of for the District of Columbia by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

 */s/ Papu Sandhu*
PAPU SANDHU
Assistant Director
U.S. Department of Justice