AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Coalition of Human Immigrant Rights, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:23-cv-00872-JMC |
| Kristi Noem, et al., ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Angelica Alfonso-Royals, Acting Director of U.S. Citizenship .

Date: 06/23/2025

/s/ Papu Sandhu
*Attorney's signature*

Papu Sandhu
*Printed name and bar number*
Department of Justice
Office of Immigration Litigation
450 5th Street, NW
Washington DC 20001

*Address*

papu.sandhu@usdoj.gov
*E-mail address*

(202) 616-9357
*Telephone number*

*FAX number*