IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COALITION FOR HUMANE IMMIGRANT RIGHTS, *et al.*, <br><br> *Plaintiffs*, <br><br> *v.* <br><br> KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-0872 |

**PLAINTIFFS' MOTION TO EXTEND PAGE LIMIT FOR REPLY IN SUPPORT OF MOTION FOR A STAY OF AGENCY ACTION UNDER 5 U.S.C. § 705**

On June 11, 2025, Plaintiffs filed a Motion for a Stay of Agency Action Under 5 U.S.C. § 705 (ECF No. 22).

On June 23, 2025, Defendants filed an Unopposed Motion to Extend Page-Limitation With Respect to Defendants' Opposition to Plaintiffs' Motion for a Stay of Agency Action Under 5 U.S.C. § 705, ECF No. 24, wherein Defendants requested leave to exceed the page limit of 45 pages under LCvR 7(e) by ten pages or less in their then-forthcoming opposition to Plaintiffs' motion for a stay.

On June 24, 2025, this Court granted Defendants' Unopposed Motion to Extend Page-Limitation With Respect to Defendants' Opposition to Plaintiffs' Motion for a Stay of Agency Action Under 5 U.S.C. § 705 (ECF No. 24).

On June 24, 2025, Defendants filed an Opposition to Plaintiffs' Motion for a Stay of Agency Action Under 5 U.S.C. § 705 (ECF No. 26).

1

Plaintiffs respectfully request leave to exceed the page limit of 25 pages, *see* LCvR 7(e), by ten pages or less in their forthcoming reply to Plaintiffs' opposition (ECF No. 26).

Good cause exists to support this motion because, as explained in Defendants' motion for leave to file excess pages (ECF No. 24), Plaintiffs did not oppose Defendants' request for leave to extend the page limitations under LCvR 7(e) by ten pages or less for their opposition (ECF No. 26) if Defendants would similarly agree not oppose Plaintiffs' motion to exceed the page limit by ten pages for the purposes of filing a reply.

The parties have conferred pursuant to LCvR 7(m), and Defendants did not oppose this request.

Accordingly, Plaintiffs respectfully request leave to exceed the page limitations under LCvR 7(e) by ten pages or less.

Dated: June 30, 2025

Respectfully submitted,

*/s/ Hillary Li*
Esther H. Sung (CA00132)
Karen C. Tumlin (CA00129)
Hillary Li (GA0052)
**JUSTICE ACTION CENTER**
P.O. Box 27280
Los Angeles, CA 90027
Telephone: (323) 450-7272
esther.sung@justiceactioncenter.org
karen.tumlin@justiceactioncenter.org
hillary.li@justiceactioncenter.org

Nicholas Katz (*pro hac vice*)
**CASA, INC.**
8151 15th Ave.
Hyattsville, MD 20783
Telephone: (240) 491-5743

nkatz@wearecasa.com

Carl Bergquist (*pro hac vice*)
**COALITION FOR HUMANE IMMIGRANT RIGHTS**
2533 West 3rd St., Suite 101
Los Angeles, CA 90057
(310) 279-6025
cbergquist@chirla.org

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Hillary Li, hereby certify that on June 30, 2025, I caused a copy of the foregoing to be transmitted to all Defendants through the CM/ECF system.

*/s/ Hillary Li*
Hillary Li