UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| COALITION FOR HUMANE IMMIGRANT RIGHTS et al,<br><br>　　　　　*Plaintiffs*,<br><br>　v.<br><br>NOEM, et al,<br><br>　　　　　*Defendants*. | Case No.: 1:25-cv-00872-JMC |

## NOTICE OF WITHDRAWAL

Pursuant to Local Rule 83.6(b), undersigned counsel Nicholas Katz respectfully files notice of his withdrawal as counsel of record in the above-captioned matter. Mr. Katz is withdrawing from this matter because of his departure from CASA, Inc. and CASA, Inc. has consented to his withdrawal. An authorized representative from CASA has signed below. Further, Plaintiffs remain represented by other counsel of record in this matter.

DATED: July 7, 2025　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ _____
　　　　　　　　　　　　　　　　　　　　　Nicholas Katz, Esq. (21920)
　　　　　　　　　　　　　　　　　　　　　PO Box 34573
　　　　　　　　　　　　　　　　　　　　　Washington, DC  20043
　　　　　　　　　　　　　　　　　　　　　Tel. 213-493-6503
　　　　　　　　　　　　　　　　　　　　　katz@nilc.org


　　　　　　　　　　　　　　　　　　　　　/s/ _____
　　　　　　　　　　　　　　　　　　　　　George Escobar
　　　　　　　　　　　　　　　　　　　　　Chief of Programs and Services
　　　　　　　　　　　　　　　　　　　　　CASA, Inc.
　　　　　　　　　　　　　　　　　　　　　8151 15th Avenue
　　　　　　　　　　　　　　　　　　　　　Hyattsville, MD 20895
　　　　　　　　　　　　　　　　　　　　　Tel. 240-491-5725
　　　　　　　　　　　　　　　　　　　　　gescobar@weareacasa.org