IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COALITION FOR HUMANE IMMIGRANT RIGHTS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*, <br><br> Defendants. | Case No. 1:25-cv-00872 (JMC) <br><br> Hon. Jia M. Cobb |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

A hearing on Plaintiffs' motion for a stay of agency action was held July 9, 2025. Defendants provide this notice to supplement their response to the following question the Court asked at the hearing: "Are you aware of DHS or its predecessors ever applying or subjecting to expedited removal procedures individuals who had been previously paroled but whose parole terminated for whatever reason?" ECF No. 35 (Hearing Transcript) at 52:3-7. In response, undersigned counsel stated Defendants were not aware of any such instance but referred the Court to a "2011 memo" which provided guidance regarding the use of "expedited removal for aliens who were paroled for prosecution purposes and for other reasons as well." ECF No. 35 at 52:8, 16-20. Because the memo— issued by the United States Immigration and Customs Enforcement (ICE)—was not cited in Defendants' Response to Motion to Stay Agency Action (*see* ECF No. 26), Defendants inform the Court the memo is available at: https://www.ice.gov/doclib/foia/policy/11009.1_StrategicUseExpeditedRemovalAuthority_04.5.2011.pdf (last accessed July 14, 2025), and attach a copy with this Notice. *See* Exhibit A. Defendants further inform the Court in response to the Court's question stated above that,

following the hearing, undersigned counsel became aware of examples where DHS has applied expedited removal to paroled aliens prior to the date of the agency documents challenged in this case.  *See, e.g., Cordon-Linarez v. Garland*, No. 3:24-CV-00488, 2024 WL 4652824, at *1 (M.D. Pa. Nov. 1, 2024), *appeal pending*, No. 24-3068 (3d Cir.) (*see also* Exhibit B, attaching expedited removal order in the case); *United States v. Arredondo-Martinez*, No. CR 10-525-GHK, 2011 WL 13196331, at *6 (C.D. Cal. Oct. 3, 2011), *aff'd* 492 F. App'x 823 (9th Cir. 2012).

Dated: July 16, 2025                                    Respectfully submitted,

*/s/ Papu Sandhu*
PAPU SANDHU
(Mass. Bar No. 630090)
Assistant Director
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 616-9357
Email: papu.sandhu@usdoj.gov
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2025, I electronically filed this NOTICE OF SUPPLEMENTAL AUTHORITY with the Clerk of the Court for the United States Court of for the District of Columbia by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

<u>/s/ Papu Sandhu</u><br>
PAPU SANDHU<br>
Assistant Director<br>
U.S. Department of Justice