UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COALITION FOR HUMANE IMMIGRANT RIGHTS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,<br><br>*Defendants*. | Case No.: 1:25-cv-0872 |

**PLAINTIFFS' RESPONSE TO DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY (ECF 36)**

  The 2011 memorandum and cases that Defendants submitted to the Court (ECF 36) are irrelevant to Plaintiffs' claims. That Defendants discovered after briefing and oral argument a rarely used 2011 ICE memorandum on the "Strategic Use of Expedited Removal Authority" and have identified two historical instances of individuals being processed for expedited removal after being paroled into the country for criminal prosecution is of no matter to Plaintiffs' timely challenge to—and request to stay—three written policy directives purporting to radically expand the use of the expedited removal statute to target hundreds of thousands of individuals who have previously been paroled into the country on humanitarian grounds. As Plaintiffs have made clear in their briefing and during the hearing on July 9, it is the January 23 Huffman Memorandum, February 18 ICE Directive, and March 25 CHNV Termination Notice—and not this hitherto unreferenced and inapposite 2011 memorandum—that are guiding the current administration's unprecedented broadening of expedited removal and have caused, and are continuing to cause, harm to plaintiffs' members.

1

Moreover, the 2011 memorandum and individual instances of expedited removal being used against paroled individuals do not provide additional authority for using expedited removal against paroled individuals now pursuant to the three challenged written directives, given Plaintiffs' challenge to the lack of statutory authority for using expedited removal in this manner. *See* ECF No. 22-1 at 14-21. Rather, they only provide further examples that Defendants have, at times before and to an infinitesimally lesser degree than is occurring today, used expedited removal against paroled individuals in contravention of the express terms of the expedited removal statute.

Dated: July 17, 2025

Respectfully submitted,

*/s/ Hillary Li*
Esther H. Sung (CA00132)
Karen C. Tumlin (CA00129)
Hillary Li (GA0052)
**JUSTICE ACTION CENTER**
P.O. Box 27280
Los Angeles, CA 90027
Telephone: (323) 450-7272
esther.sung@justiceactioncenter.org
karen.tumlin@justiceactioncenter.org
hillary.li@justiceactioncenter.org

Tom-Tsvi M. Jawetz (*pro hac vice*)
*JAC Cooperating Attorney*
1358 Jefferson St. NW
Washington, DC 20011
Telephone: (202) 413-5208
tom.jawetz@gmail.com

Carl Bergquist (*pro hac vice*)
**COALITION FOR HUMANE IMMIGRANT RIGHTS**
2533 West 3rd St, Suite 101
Los Angeles, CA 90057
Telephone: (310) 279-6025
cbergquist@chirla.org

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify on July 17, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. I certify by all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF filing system.

>  */s/ Hillary Li*
> Hillary Li (GA0052)
> **JUSTICE ACTION CENTER**
> P.O. Box 27280
> Los Angeles, CA 90027
> Telephone: (323) 450-7272
> hillary.li@justiceactioncenter.org