BRETT A. SHUMATE
Assistant Attorney General
Civil Division
DREW C. ENSIGN
*Deputy Assistant Attorney General*
PAPU SANDHU
Assistant Director
U.S. Department of Justice
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 616-9357
Papu.Sandhu@usdoj.gov
TIM RAMNITZ
Senior Litigation Counsel
ARIC A. ANDERSON
TARYN ARBEITER
Trial Attorneys
Counsel for Defendants

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COALITION FOR HUMANE IMMIGRANT RIGHTS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*, <br><br> Defendants. | Case No. 1:25-cv-00872 (JMC) <br><br> Hon. Jia M. Cobb <br><br> **NOTICE OF APPEAL** |

PLEASE TAKE NOTICE that all Defendants appeal to the United States Court of Appeals for the District of Columbia Circuit from the order entered on August 1, 2025, granting a stay of agency action under 5 U.S.C. § 705 (ECF No. 40), and the accompanying memorandum opinion (ECF No. 41). The order is an appealable interlocutory order of the district court. 28 U.S.C. § 1292(a)(1).

Dated: August 5, 2025                                    Respectfully submitted,

                                                                           BRETT A. SHUMATE
                                                                           Assistant Attorney General
                                                                           Civil Division

                                                                           DREW C. ENSIGN
                                                                           *Deputy Assistant Attorney General*


                                                                           <u>*/s/ Papu Sandhu*</u>
                                                                           (Mass. Bar No. 630090)
                                                                           Assistant Director
                                                                           U.S. Department of Justice
                                                                           Office of Immigration Litigation
                                                                           General Litigation and Appeals Section
                                                                           P.O. Box 868, Ben Franklin Station
                                                                           Washington, DC 20044
                                                                           (202) 616-9357
                                                                           Papu.Sandhu@usdoj.gov

                                                                           TIM RAMNITZ
                                                                           Senior Litigation Counsel

                                                                           ARIC A. ANDERSON
                                                                           TARYN ARBEITER
                                                                           Trial Attorneys

                                                                           *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2025, I electronically filed the Notice of Appeal with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

                                                    */s/ Papu Sandhu*
                                                  PAPU SANDHU
                                                  Assistant Director
                                                  U.S. Department of Justice

Case 1:25-cv-00872-JMC    Document 43    Filed 08/05/25    Page 3 of 3