UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COALITION FOR HUMANE IMMIGRANT RIGHTS, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,<br><br>*Defendants.* | Case No.: 1:25-cv-0872<br><br>Hon. Jia M. Cobb |

**JOINT MOTION TO VACATE DEFENDANTS'
DEADLINE TO ANSWER THE AMENDED COMPLAINT**

The parties request the Court vacate Defendants' deadline to file an answer or other responsive pleading to the Amended Complaint. In support of the motion, the parties state as follows:

(1) On June 11, 2025, Plaintiffs filed an Amended Complaint. ECF No. 21.

(2) On June 12, the Court denied Defendants' Motion to Dismiss the original Complaint as moot.

(3) On June 16, the parties jointly agreed—and the Court subsequently adopted by minute order—a briefing schedule in which Defendants' responsive pleading to the Amended Complaint would be due 14 days after the Court adjudicated the motion for a stay of agency action under 5 U.S.C. § 705. ECF No. 23.

(4) On August 1, 2025, the Court granted Plaintiffs' motion to stay agency action. ECF No. 40. Accordingly, pursuant to the June 16 briefing schedule, Defendants' answer or other responsive pleading to the Amended Complaint is currently due August 15, 2025.

(5) On August 5, Defendants filed a Notice of Appeal of the Court's August 1, 2025 order. ECF No. 43.

(6) Counsel for the parties have conferred and respectfully request that the August 15, 2025 deadline for Defendants to answer or file a responsive pleading to the Amended Complaint be vacated. In its place, the parties respectfully request that after the D.C. Circuit rules on Defendants' appeal, a Joint Status Report deadline be calendared for ten days after the date of the ruling.

(7) Granting the requested stay will avoid duplicative briefing and is likely to narrow if not resolve the issues in this case through the D.C. Circuit's resolution of Defendants' appeal. No party will be prejudiced by the requested change to the schedule, and after the D.C. Circuit rules, the parties will promptly confer and propose deadlines for next steps in the case in the Joint Status Report.

(8) Plaintiffs join this motion with the understanding that Defendants will serve Plaintiffs with the agency record in this case within 60 days of the filing of this motion, so long as the August 1, 2025 stay of agency action, ECF No. 41, remains in place in the interim. However, if Defendants are granted a stay pending appeal or other extraordinary relief from the stay order, Defendants shall serve Plaintiffs with the administrative record within 14 days after such relief is granted. Plaintiffs assert that their members would be adversely impacted if extraordinary relief is granted and the administrative record has not yet been produced, as the administrative record is necessary for dispositive motions.

| | |
|---|---|
| Dated: August 14, 2025 | Respectfully submitted, |
| | |
| */s/ Papu Sandhu* | */s/ Esther H. Sung* |
| PAPU SANDHU | Esther H. Sung (CA00132) |
| *Assistant Director* | Karen C. Tumlin (CA00129) |
| U.S. Department of Justice | Hillary Li (GA0052) |
| Civil Division | Laura Flores-Perilla (*pro hac vice*) |
| Office of Immigration Litigation | Brandon Galli-Graves (*pro hac vice*) |
| General Litigation & Appeals Section | **JUSTICE ACTION CENTER** |
| P.O. Box 878, Ben Franklin Station | P.O. Box 27280 |
| Washington, DC 20044 | Los Angeles, CA 90027 |
| Papu.Sandhu@usdoj.gov | Telephone: (323) 450-7272 |
| | esther.sung@justiceactioncenter.org |
| TIM RAMNITZ | karen.tumlin@justiceactioncenter.org |
| *Senior Litigation Counsel* | hillary.li@justiceactioncenter.org |
| | laura.flores-perilla@justiceactioncenter.org |
| ARIC A. ANDERSON | brandon.galli-graves@justiceactioncenter.org |
| TARYN ARBEITER | |
| *Trial Attorneys* | Tom-Tsvi M. Jawetz (*pro hac vice*) |
| | *JAC Cooperating Attorney* |
| *Attorneys for Defendants* | 1358 Jefferson St. NW |
| | Washington, DC 20011 |
| | Telephone: (202) 413-5208 |
| | Tom.jawetz@gmail.com |
| | |
| | Carl Bergquist (*pro hac vice*) |
| | **COALITION FOR HUMANE IMMIGRANT RIGHTS** |
| | 2533 West 3rd St, Suite 101 |
| | Los Angeles, CA 90057 |
| | Telephone: (310) 279-6025 |
| | cbergquist@chirla.org |
| | |
| | *Attorneys for Plaintiffs* |

## CERTIFICATE OF SERVICE

. I hereby certify that on August 14, 2025, I electronically filed this JOINT MOTION with the Clerk of the Court for the United States Court of for the District of Columbia by using the CM/ECF system.  Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

*/s/ Papu Sandhu*
PAPU SANDHU
Assistant Director
U.S. Department of Justice