UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COALITION FOR HUMANE IMMIGRANT RIGHTS, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,<br><br>*Defendants.* | Case No.: 1:25-cv-0872<br><br>Hon. Jia M. Cobb |

**DECLARATION OF HILLARY LI**

I, Hillary Li, state as follows:

1. I am over the age of 18, and my business address is P.O. Box 27280, Los Angeles, CA 90027.

2. I am an attorney at Justice Action Center and counsel of record for the Plaintiffs in the above-captioned action. I am a member in good standing of the State Bar of Georgia and have been admitted to practice in this court.

3. I respectfully submit this declaration in support of Plaintiffs' Reply in Support of their Motion for Relief from Standing Order No. 25-55 ("Motion").

4. Attached as **Exhibit A** to the Motion is a true and correct copy of email communications from August 14, 2025 to August 25, 2025, between Defendants' counsel and Plaintiffs' counsel that discuss a parole beneficiary who was subjected to expedited removal.

5. Attached as **Exhibit B** to the Motion is a true and correct copy of email communications from September 3, 2025 and September 4, 2025, between Defendants' counsel and

Plaintiffs' counsel that discuss a parole beneficiary who received an expedited removal order.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Columbia, Maryland on 11/7/2025

Hillary Li

# EXHIBIT A

Coalition for Humane Immigrant Rights, et al. v. Noem et al., 1:25-cv-00872 (JMC)

Wednesday, November 5, 2025 at 1:12:35 PM Eastern Standard Time

**Subject:** Re: CHIRLA v. Noem - parolee subjected to ER
**Date:** Monday, August 25, 2025 at 2:54:07 PM Eastern Daylight Time
**From:** Hillary Li
**To:** Anderson, Aric (CIV), Sandhu, Papu (CIV)
**CC:** Karen Tumlin, Esther Sung, cbergquist@chirla.org, tom.jawetz@gmail.com, Ramnitz, Tim (CIV), Becker, Tyler (CIV)
**Attachments:** image007.png, image008.png, image009.png, image010.png, image011.png, image012.png

Hi Aric - thank you for the update. Can you confirm that this means ▇▇▇▇▇▇ was removed through expedited removal in violation of Judge Cobb's order, which was in place at the time?

Best,
Hillary



Hillary Li (she/her)
*Counsel*

Justice Action Center
323-450-7262
Hillary.Li@justiceactioncenter.org

*The contents of this e-mail message and any attachments are confidential and are intended solely for addressee. The information may also be legally privileged. If you have received this transmission in error, any use, reproduction, or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender and delete this message and its attachments, if any.*

**From:** Anderson, Aric (CIV) <Aric.Anderson@usdoj.gov>
**Date:** Saturday, August 23, 2025 at 9:20 AM
**To:** Hillary Li <Hillary.Li@justiceactioncenter.org>, Sandhu, Papu (CIV) <Papu.Sandhu@usdoj.gov>
**Cc:** Karen Tumlin <karen.tumlin@justiceactioncenter.org>, Esther Sung <Esther.Sung@justiceactioncenter.org>, cbergquist@chirla.org <cbergquist@chirla.org>, tom.jawetz@gmail.com <tom.jawetz@gmail.com>, Ramnitz, Tim (CIV) <Tim.Ramnitz@usdoj.gov>, Becker, Tyler (CIV) <Tyler.Becker@usdoj.gov>
**Subject:** RE: CHIRLA v. Noem - parolee subjected to ER

Hi, Hillary. I have been informed that that ▇▇▇▇▇▇ can present himself at a port of entry. If he does so, he will be detained and processed for expedited removal. Regards, Aric

**From:** Hillary Li <Hillary.Li@justiceactioncenter.org>
**Sent:** Tuesday, August 19, 2025 11:34 AM
**To:** Anderson, Aric (CIV) <Aric.Anderson@usdoj.gov>; Sandhu, Papu (CIV) <Papu.Sandhu@usdoj.gov>
**Cc:** Karen Tumlin <karen.tumlin@justiceactioncenter.org>; Esther Sung <Esther.Sung@justiceactioncenter.org>; cbergquist@chirla.org; tom.jawetz@gmail.com; Ramnitz, Tim (CIV) <Tim.Ramnitz@usdoj.gov>; Becker, Tyler (CIV) <Tyler.Becker@usdoj.gov>

**Subject:** [EXTERNAL] Re: CHIRLA v. Noem - parolee subjected to ER

Hi Aric – can you please provide an update as to when you will have a response regarding ▮▮▮▮ removal? Thank you.

Best,
Hillary




Hillary Li (she/her)
*Counsel*

Justice Action Center
323-450-7262
Hillary.Li@justiceactioncenter.org

*The contents of this e-mail message and any attachments are confidential and are intended solely for addressee. The information may also be legally privileged. If you have received this transmission in error, any use, reproduction, or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender and delete this message and its attachments, if any.*

---

**From:** Anderson, Aric (CIV) <Aric.Anderson@usdoj.gov>
**Date:** Monday, August 18, 2025 at 12:16 PM
**To:** Hillary Li <Hillary.Li@justiceactioncenter.org>, Sandhu, Papu (CIV) <Papu.Sandhu@usdoj.gov>
**Cc:** Karen Tumlin <karen.tumlin@justiceactioncenter.org>, Esther Sung <Esther.Sung@justiceactioncenter.org>, cbergquist@chirla.org <cbergquist@chirla.org>, tom.jawetz@gmail.com <tom.jawetz@gmail.com>, Ramnitz, Tim (CIV) <Tim.Ramnitz@usdoj.gov>, Becker, Tyler (CIV) <Tyler.Becker@usdoj.gov>
**Subject:** RE: CHIRLA v. Noem - parolee subjected to ER

Hi, Hillary.  I am following up on this request.  DHS is looking into the circumstances, but I do not have a response by the noon deadline you requested.  OIL and DHS are investigating, but we need more time before being able to respond to you.  Regards, Aric

---

**From:** Hillary Li <Hillary.Li@justiceactioncenter.org>
**Sent:** Friday, August 15, 2025 11:21 AM
**To:** Sandhu, Papu (CIV) <Papu.Sandhu@usdoj.gov>
**Cc:** Karen Tumlin <karen.tumlin@justiceactioncenter.org>; Esther Sung <Esther.Sung@justiceactioncenter.org>; cbergquist@chirla.org; tom.jawetz@gmail.com; Ramnitz, Tim (CIV) <Tim.Ramnitz@usdoj.gov>; Anderson, Aric (CIV) <Aric.Anderson@usdoj.gov>; Becker, Tyler (CIV) <Tyler.Becker@usdoj.gov>
**Subject:** [EXTERNAL] Re: CHIRLA v. Noem - parolee subjected to ER

Hi Papu – first, I would like to follow up on the below email about ▮▮▮▮▮▮▮▮. Will you be providing an update by 12pm ET today?

Second, we've learned of another individual who was previously paroled into the United States but who appears to have been recently removed through expedited removal in violation of Judge Cobb's order.

Here is his identifying information: █████████, A# █████████

█████ was paroled into the country last August and granted parole for two years. On June 10, he appeared at his second hearing in immigration court and, despite having a pending I-589, had his case dismissed upon motion by DHS and was arrested and detained. On August 5, his counsel submitted a request that his ER order be vacated and he be released from custody based on Judge Cobb's order. His counsel received no response to this request, but yesterday, he was removed based on an IJ affirmation of a negative credible fear determination, as you can see from the attached order. This removal pursuant to ER appears to violate the court's order, so can you please look into this as soon as possible? If this was a violation, we ask that Defendants facilitate his return to the U.S. expeditiously so he can be given the proper proceedings. Please let us know if you need any further information.

Please provide your response by 12pm ET on Monday 8/18 so we can determine whether we need to inform the court about this and █████ situation.

Thank you for your assistance.

Best,
Hillary




Hillary Li (she/her)
*Counsel*

Justice Action Center
323-450-7262
Hillary.Li@justiceactioncenter.org

*The contents of this e-mail message and any attachments are confidential and are intended solely for addressee. The information may also be legally privileged. If you have received this transmission in error, any use, reproduction, or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender and delete this message and its attachments, if any.*

---

**From:** Sandhu, Papu (CIV) <Papu.Sandhu@usdoj.gov>
**Date:** Thursday, August 14, 2025 at 10:49 AM
**To:** Hillary Li <Hillary.Li@justiceactioncenter.org>
**Cc:** Karen Tumlin <karen.tumlin@justiceactioncenter.org>, Esther Sung <Esther.Sung@justiceactioncenter.org>, cbergquist@chirla.org <cbergquist@chirla.org>, tom.jawetz@gmail.com <tom.jawetz@gmail.com>, Ramnitz, Tim (CIV) <Tim.Ramnitz@usdoj.gov>, Anderson, Aric (CIV) <Aric.Anderson@usdoj.gov>, Becker, Tyler (CIV) <Tyler.Becker@usdoj.gov>
**Subject:** RE: CHIRLA v. Noem - parolee subjected to ER

3 of 6

# EXHIBIT B

Coalition for Humane Immigrant Rights, et al. v. Noem et al., 1:25-cv-00872 (JMC)

Wednesday, November 5, 2025 at 1:10:23 PM Eastern Standard Time

**Subject:** RE: CHIRLA v. Noem - ER in violation of stay
**Date:** Thursday, September 4, 2025 at 2:00:07 PM Eastern Daylight Time
**From:** Sandhu, Papu (CIV)
**To:** Hillary Li, Anderson, Aric (CIV), Ramnitz, Tim (CIV), Becker, Tyler (CIV)
**CC:** Karen Tumlin, Esther Sung, tom.jawetz@gmail.com, Laura Flores-Perilla, Brandon Galli-Graves, cbergquist@chirla.org
**Attachments:** image001.png, image002.png, image003.png, image004.png, image005.png, image006.png

Hillary, we understand that ICE has canceled this alien's expedited removal order and placed the alien in 240 proceedings.  Thanks.

**From:** Hillary Li <Hillary.Li@justiceactioncenter.org>
**Sent:** Thursday, September 4, 2025 12:16 PM
**To:** Sandhu, Papu (CIV) <Papu.Sandhu@usdoj.gov>; Anderson, Aric (CIV) <Aric.Anderson@usdoj.gov>; Ramnitz, Tim (CIV) <Tim.Ramnitz@usdoj.gov>; Becker, Tyler (CIV) <Tyler.Becker@usdoj.gov>
**Cc:** Karen Tumlin <karen.tumlin@justiceactioncenter.org>; Esther Sung <Esther.Sung@justiceactioncenter.org>; tom.jawetz@gmail.com; Laura Flores-Perilla <Laura.Flores-Perilla@justiceactioncenter.org>; Brandon Galli-Graves <Brandon.Galli-Graves@justiceactioncenter.org>; cbergquist@chirla.org
**Subject:** [EXTERNAL] Re: CHIRLA v. Noem - ER in violation of stay

That is fine – thank you, Papu. Will look forward to an update later today.

Best,
Hillary




Hillary Li (she/her)
*Counsel*

Justice Action Center
323-450-7262
Hillary.Li@justiceactioncenter.org

*The contents of this e-mail message and any attachments are confidential and are intended solely for addressee. The information may also be legally privileged. If you have received this transmission in error, any use, reproduction, or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender and delete this message and its attachments, if any.*

**From:** Sandhu, Papu (CIV) <Papu.Sandhu@usdoj.gov>
**Date:** Thursday, September 4, 2025 at 12:05 PM
**To:** Hillary Li <Hillary.Li@justiceactioncenter.org>, Anderson, Aric (CIV) <Aric.Anderson@usdoj.gov>, Ramnitz, Tim (CIV) <Tim.Ramnitz@usdoj.gov>, Becker, Tyler (CIV) <Tyler.Becker@usdoj.gov>
**Cc:** Karen Tumlin <karen.tumlin@justiceactioncenter.org>, Esther Sung

<Esther.Sung@justiceactioncenter.org>, tom.jawetz@gmail.com <tom.jawetz@gmail.com>, Laura Flores-Perilla <Laura.Flores-Perilla@justiceactioncenter.org>, Brandon Galli-Graves <Brandon.Galli-Graves@justiceactioncenter.org>, cbergquist@chirla.org <cbergquist@chirla.org>
**Subject:** RE: CHIRLA v. Noem - ER in violation of stay

Hi Hillary, DHS is working on this matter and we should be able to get back to you by the end of the day.  Thanks.

---

**From:** Hillary Li <Hillary.Li@justiceactioncenter.org>
**Sent:** Wednesday, September 3, 2025 10:41 AM
**To:** Sandhu, Papu (CIV) <Papu.Sandhu@usdoj.gov>; Anderson, Aric (CIV) <Aric.Anderson@usdoj.gov>; Ramnitz, Tim (CIV) <Tim.Ramnitz@usdoj.gov>; Becker, Tyler (CIV) <Tyler.Becker@usdoj.gov>
**Cc:** Karen Tumlin <karen.tumlin@justiceactioncenter.org>; Esther Sung <Esther.Sung@justiceactioncenter.org>; tom.jawetz@gmail.com; Laura Flores-Perilla <Laura.Flores-Perilla@justiceactioncenter.org>; Brandon Galli-Graves <Brandon.Galli-Graves@justiceactioncenter.org>; cbergquist@chirla.org
**Subject:** [EXTERNAL] Re: CHIRLA v. Noem - ER in violation of stay

Thank you, Papu – if you could get back to us by tomorrow at 12pm ET, we'd appreciate it.

Best,
Hillary




Hillary Li (she/her)
*Counsel*

Justice Action Center
323-450-7262
Hillary.Li@justiceactioncenter.org

*The contents of this e-mail message and any attachments are confidential and are intended solely for addressee. The information may also be legally privileged. If you have received this transmission in error, any use, reproduction, or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender and delete this message and its attachments, if any.*

---

**From:** Sandhu, Papu (CIV) <Papu.Sandhu@usdoj.gov>
**Date:** Wednesday, September 3, 2025 at 10:29 AM
**To:** Hillary Li <Hillary.Li@justiceactioncenter.org>, Anderson, Aric (CIV) <Aric.Anderson@usdoj.gov>, Ramnitz, Tim (CIV) <Tim.Ramnitz@usdoj.gov>, Becker, Tyler (CIV) <Tyler.Becker@usdoj.gov>
**Cc:** Karen Tumlin <karen.tumlin@justiceactioncenter.org>, Esther Sung <Esther.Sung@justiceactioncenter.org>, tom.jawetz@gmail.com <tom.jawetz@gmail.com>, Laura Flores-Perilla <Laura.Flores-Perilla@justiceactioncenter.org>, Brandon Galli-Graves <Brandon.Galli-Graves@justiceactioncenter.org>, cbergquist@chirla.org <cbergquist@chirla.org>

**Subject:** RE: CHIRLA v. Noem - ER in violation of stay

Hi Hillary , we have forwarded this inquiry to DHS but will need more time to look into this matter. Thank you.

---

**From:** Hillary Li <Hillary.Li@justiceactioncenter.org>
**Sent:** Wednesday, September 3, 2025 9:09 AM
**To:** Sandhu, Papu (CIV) <Papu.Sandhu@usdoj.gov>; Anderson, Aric (CIV) <Aric.Anderson@usdoj.gov>; Ramnitz, Tim (CIV) <Tim.Ramnitz@usdoj.gov>; Becker, Tyler (CIV) <Tyler.Becker@usdoj.gov>
**Cc:** Karen Tumlin <karen.tumlin@justiceactioncenter.org>; Esther Sung <Esther.Sung@justiceactioncenter.org>; tom.jawetz@gmail.com; Laura Flores-Perilla <Laura.Flores-Perilla@justiceactioncenter.org>; Brandon Galli-Graves <Brandon.Galli-Graves@justiceactioncenter.org>; cbergquist@chirla.org
**Subject:** [EXTERNAL] CHIRLA v. Noem - ER in violation of stay

Hi Papu – we have been notified of another individual who was previously paroled into the United States but who is currently in detention pursuant to an expedited removal order and at risk of imminent deportation in violation of Judge Cobb's order. **This individual has been in the U.S. for more than 2 years, so the administrative stay does not apply to him.**

Here is his identifying information: ███████████ , A# ███████████

███████ was paroled into the country at a port of entry in December 2022. In June 2025, his removal proceedings were dismissed and he was detained pursuant to an ER order. He received a negative CFI that was affirmed by an IJ, and his motion to reopen was denied. His counsel also submitted a release request based on Judge Cobb's order, but he has not received a response from ICE. ███████ has a pending adjustment of status application with USCIS based on his marriage to the U.S. citizen, and he is currently in detention at Broward Transitional Center in Miami.

This appears to violate the court's order, so can you please look into this as soon as possible? If this is a violation, we ask that Defendants act immediately to vacate ███████ ER order and release him from custody. Please let us know if you need any further information.

Please provide your response by **12pm ET on Wednesday 9/3** so we can determine whether we need to inform the court about this.

Thank you for your assistance.

Best,
Hillary

JUSTICE ACTION CENTER

Hillary Li (she/her)
*Counsel*

Justice Action Center
323-450-7262

 Hillary.Li@justiceactioncenter.org

*The contents of this e-mail message and any attachments are confidential and are intended solely for addressee. The information may also be legally privileged. If you have received this transmission in error, any use, reproduction, or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender and delete this message and its attachments, if any.*

4 of 4