UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COALITION FOR HUMANE IMMIGRANT RIGHTS, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,<br><br>*Defendants.* | Case No.: 1:25-cv-00872 |

**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and D.D.C. Local Rule 7(h), Plaintiffs Coalition for Humane Immigrant Rights, CASA, Inc., and UndocuBlack Network move for partial summary judgment on the First, Second, Fourth, and Fifth Claims of the First Amended Complaint, Dkt. No. 21.[1]

In conjunction with this motion, Plaintiffs seek the following relief:

(1) Declaring that noncitizens who have previously been granted parole at ports of entry are not amenable to expedited removal under 8 U.S.C. § 1225(b)(1)(A);

(2) Permanently vacating the January 23 Huffman Memorandum, February 18 ICE Directive, and March 25 CHNV Termination Notice insofar as they subject noncitizens previously granted parole at ports of entry to expedited removal, as contrary to law and arbitrary and capricious in violation of the APA;

---

[1] If this Court grants summary judgment in Plaintiffs' favor on these Claims, Plaintiffs intend to dismiss the Third Claim without prejudice.

(3) Declaring that the inclusion of paroled individuals in the definition of "arriving aliens" in 8 CFR § 1.2 conflicts with the INA and is *ultra vires*;

(4) Permanently vacating 8 CFR § 1.2's definition of "arriving alien" insofar as it is applied to paroled individuals; and

(5) Declaring that expedited removal orders issued to individuals previously paroled into the country at a port of entry are not in accordance with law and that such orders are not considered orders of removal under 8 U.S.C. § 1225(b)(1).

Submitted herewith are a memorandum of points and authorities in support of the motion, a Rule 56(c)/Local Rule 7(h)(1) statement of undisputed material facts, supporting declarations, exhibits, and a proposed order.

## REQUEST FOR ORAL ARGUMENT

Plaintiffs respectfully request an oral argument pursuant to Local Rule 7(f) on this Motion.

Dated: March 3, 2026                     Respectfully submitted,

*/s/Hillary Li*
Hillary Li (GA0052)
Esther H. Sung (CA00132)
Karen C. Tumlin (CA00129)
Laura Flores-Perilla (admitted *pro hac vice*)
Brandon Galli-Graves (admitted *pro hac vice*)
**JUSTICE ACTION CENTER**
P.O. Box 27280
Los Angeles, CA 90027
Telephone: (323) 450-7272
esther.sung@justiceactioncenter.org
karen.tumlin@justiceactioncenter.org
hillary.li@justiceactioncenter.org
laura.flores-perilla@justiceactioncenter.org
brandon.galli-graves@justiceactioncenter.org

Tom-Tsvi M. Jawetz (*pro hac vice*)
*JAC Cooperating Attorney*

1358 Jefferson St. NW
Washington, DC 20011
Telephone: (202) 413-5208
Tom.Jawetz@gmail.com

Carl Bergquist (*pro hac vice*)
**COALITION FOR HUMANE IMMIGRANT RIGHTS**
2533 West 3rd St, Suite 101
Los Angeles, CA 90057
Telephone: (310) 279-6025
cbergquist@chirla.org

Shana Khader (D.D.C. Bar No. 90011926)
**CASA, INC.**
P.O. Box 7277
Hyattsville, MD 20787
(240) 406-4348
skhader@wearecasa.org

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 3, 2026, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of for the District of Columbia by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

                    */s/Hillary Li*
                      Hillary Li