UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COALITION FOR HUMANE IMMIGRANT RIGHTS, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*, <br><br> *Defendants.* | Case No.: 1:25-cv-0872 <br><br> Hon. Jia M. Cobb |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for Partial Summary Judgment, it is hereby ordered that the motion is GRANTED and judgment is entered for Plaintiffs on Plaintiffs' First, Second, Fourth, and Fifth Claims. It is further ordered and adjudged as follows:

The Court DECLARES that noncitizens who have previously been granted parole at ports of entry are not amenable to expedited removal under 8 U.S.C. § 1225(b)(1)(A);

The January 23 Huffman Memorandum, February 18 ICE Directive, and March 25 CHNV Termination Notice are hereby VACATED insofar as they subject noncitizens previously granted parole at ports of entry to expedited removal;

The Court DECLARES that the inclusion of paroled individuals in the definition of "arriving aliens" in 8 CFR § 1.2 conflicts with the INA and is *ultra vires*;

The definition of "arriving alien" in 8 CFR § 1.2 is hereby VACATED insofar as it is applied to paroled individuals; and

2

    The Court DECLARES that expedited removal orders issued to individuals previously paroled into the country at a port of entry are not in accordance with law and that such orders are not considered orders of removal under 8 U.S.C. § 1225(b)(1).

    **IT IS SO ORDERED.**

Dated: _____

                                      Honorable Jia M. Cobb
                                      United States District Judge