**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COALITION FOR HUMANE IMMIGRANT RIGHTS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*, <br><br> Defendants. | Case No. 1:25-cv-00872 (JMC) <br><br> Hon. Jia M. Cobb |

**[PROPOSED] ORDER**

Before the Court is Defendants' Motion to Stay Summary Judgment Briefing Pending the Court of Appeals's Resolution of Defendants' Appeal.  Having considered the moving, opposing, and reply papers:

IT IS HEREBY **ORDERED** THAT Defendants' Motion is **GRANTED**.  The parties shall file a joint status report within 10 days of a decision from the D.C. Circuit regarding Defendants' appeal.

**IT IS SO ORDERED:**

_____
HON. JIA M. COBB
United States District Judge

Dated: _____