**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| COALITION FOR HUMANE IMMIGRANT RIGHTS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,<br><br>Defendants. | Case No. 1:25-cv-00872 (JMC)<br><br>Hon. Jia M. Cobb |

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Motion for Summary Judgment and Defendants' Cross-Motion for Summary Judgment. Having considered the motions:

IT IS HEREBY **ORDERED** THAT Plaintiffs' Motion is **DENIED** and Defendants' Cross-Motion is **GRANTED**.

IT IS FURTHER **ORDERED** THAT Plaintiffs' Amended Complaint, dated June 11, 2025, Dkt. 21, is **DISMISSED**.

**IT IS SO ORDERED:**

_____
HON. JIA M. COBB
United States District Judge

Dated: _____