**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| COALITION FOR HUMANE IMMIGRANT RIGHTS, *et al*., <br><br> *Plaintiffs,* <br><br> *v.* <br><br> KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*, <br><br> *Defendants.* | Case No.: 1:25-cv-0872 <br><br> Hon. Jia M. Cobb |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for Partial Summary Judgment and Defendants' Cross-Motion for Summary Judgment, it is hereby **ORDERED:**

1. That Plaintiffs' motion is **GRANTED** and judgment is entered for Plaintiffs on Plaintiffs' First, Second, Fourth, and Fifth Claims; and

2. Defendants' motion is **DENIED**.

It is further **ORDERED** and adjudged as follows:

3. The Court **DECLARES** that noncitizens who have previously been granted parole at ports of entry are not amenable to expedited removal under 8 U.S.C. § 1225(b)(1)(A);

4. The January 23 Huffman Memorandum, February 18 ICE Directive, and March 25 CHNV Termination Notice are hereby **VACATED** insofar as they subject noncitizens previously granted parole at ports of entry to expedited removal;

5. The Court **DECLARES** that the inclusion of paroled individuals in the definition of "arriving aliens" in 8 CFR § 1.2 conflicts with the INA and is *ultra vires*;

6. The definition of "arriving alien" in 8 CFR § 1.2 is hereby **VACATED** insofar as it is applied to paroled individuals;

7. The Court **DECLARES** that expedited removal orders issued to individuals previously paroled into the country at a port of entry are not in accordance with law and that such orders are not considered orders of removal under 8 U.S.C. § 1225(b)(1); and

8. The Court **DIRECTS** that, within 90 days of the date of this Order, Defendants provide written notice to all individuals previously paroled into the country at a port of entry and subject to expedited removal on or after January 23, 2025 that the expedited removal order is not in accordance with law and is invalid.

**IT IS SO ORDERED.**


Dated: _____

_____
Honorable Jia M. Cobb
United States District Judge