**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COALITION FOR HUMANE IMMIGRANT RIGHTS, *et al.*,<br><br>　　*Plaintiffs*,<br><br>　　*v.*<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security, *et al.*,<br><br>　　*Defendants.* | Case No.: 1:25-cv-0872 |

## <u>NOTICE OF TIMING OF SUBMISSION OF THE JOINT APPENDIX</u>

Pursuant to Rule 7(n) of the Local Rules of the U.S. District Court for the District of Columbia, the parties are hereby advising the Court that they plan to submit a single, consolidated joint appendix covering both the pending Plaintiffs' Motion for Partial Summary Judgment (Dkt. No. 55) and the Defendants' Cross-Motion for Summary Judgment (Dkt. No. 69). The Parties plan to submit the joint appendix within 14 days of the filing of the Defendants' reply in support of their cross-motion.

Dated: June 5, 2026

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*
DREW C. ENSIGN
Deputy Assistant Attorney General
TYLER BECKER
*Counsel to the Assistant Attorney General*
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530

*/s/Hillary Li*
Hillary Li (GA0052)
Esther H. Sung (CA00132)
Karen C. Tumlin (CA00129)
Laura Flores-Perilla (admitted *pro hac vice*)
Brandon Galli-Graves (admitted *pro hac vice*)
Vanessa Rivas-Bernardy (admitted *pro hac vice*)
**JUSTICE ACTION CENTER**
P.O. Box 27280
Los Angeles, CA 90027
Telephone: (323) 450-7272
esther.sung@justiceactioncenter.org
karen.tumlin@justiceactioncenter.org
hillary.li@justiceactioncenter.org
laura.flores-perilla@justiceactioncenter.org
brandon.galli-graves@justiceactioncenter.org
vanessa.rivas-bernardy@justiceactioncenter.org

s/ *Papu Sandhu*
PAPU SANDHU
*Assistant Director*
ARIC A. ANDERSON
*Trial Attorney*
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868
Ben Franklin Station
Washington, DC 20044
(202) 616-9357
papu.sandhu@usdoj.gov

Tom-Tsvi M. Jawetz (*pro hac vice*)
*JAC Cooperating Attorney*
1358 Jefferson St. NW
Washington, DC 20011
Telephone: (202) 413-5208
Tom.Jawetz@gmail.com

*Attorneys for Defendants*

Carl Bergquist (*pro hac vice*)
**COALITION FOR HUMANE IMMIGRANT RIGHTS**
2533 West 3rd St, Suite 101
Los Angeles, CA 90057
Telephone: (310) 279-6025
cbergquist@chirla.org

Shana Khader (D.D.C. Bar No. 90011926)
**CASA, INC.**
P.O. Box 7277
Hyattsville, MD 20787
(240) 406-4348
skhader@wearecasa.org

*Attorneys for Plaintiffs*

1