**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COALITION FOR HUMANE IMMIGRANT RIGHTS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>Defendant. | Case No. 25-cv-872 (JMC) |

**ORDER**

The Court cannot conclude that the supplemental complaint is futile on its face. Accordingly, it is **ORDERED** that Plaintiffs' motion for leave to file supplemental complaint is **GRANTED**, and it is further

**ORDERED** that Plaintiffs may file their supplemental complaint.

The Court has not made any final determinations with respect to the merits of the supplemental complaint, and Defendants remain free to respond to it including by moving to dismiss or for summary judgment. The Court's August 14, 2025 minute order directed the Parties to file a joint status report within 10 days of a decision of the D.C. Circuit regarding Defendants' interlocutory appeal. It is hereby **ORDERED** that the prior deadline for submitting a joint status report is **VACATED**, and it is further

**ORDERED** that the Parties confer and submit a joint status report by October 22, 2026, including a proposal for next steps in light of the supplemental complaint and pending summary-judgment motions.

**SO ORDERED.**

JIA M. COBB
United States District Judge

Date: October 8, 2026