**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COALITION FOR HUMANE IMMIGRANT RIGHTS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security, *et al.*,<br><br>Defendants. | Case No. 1:25-cv-00872 (JMC)<br><br>Hon. Jia M. Cobb |

**JOINT STATUS REPORT PURSUANT TO COURT'S OCTOBER 8, 2026 ORDER**

In an order dated October 8, 2026, the Court granted Plaintiffs' motion for leave to file a supplemental complaint and directed the parties to submit a joint status report, including "a proposal for next steps in light of Plaintiffs' supplemental complaint and pending summary judgment motions." ECF No. 88. On October 9, 2026, Plaintiffs filed their supplemental complaint. ECF No. 89.

The parties have conferred and are in agreement that the case should proceed in the following manner:

The deadline for Defendants to answer or file a motion in response to the Supplemental Complaint, ECF No. 89, is stayed until disposition of the pending summary judgment motions, ECF Nos. 55, 69, which are fully briefed and not affected by the additional allegations in the Supplemental Complaint. Resolution of the summary judgment motions will further allow for speedier resolution of the claims in the Supplemental Complaint in the future, given the significant overlap in factual and legal issues. *See* ECF No. 83. To the extent a hearing on the motions would assist the Court, the parties are generally available to appear at such hearing over the next three

months, except for the following dates: Oct. 27; Nov. 6; Nov. 10-13; Nov. 23-30; Dec. 7-11; Dec. 21-Jan. 1.[1]

Dated: October 20, 2026

Respectfully submitted,

/s/Hillary Li
Hillary Li (GA0052)
Esther H. Sung (CA00132)
Karen C. Tumlin (CA00129)
Laura Flores-Perilla (*pro hac vice*)
Brandon Galli-Graves (*pro hac vice*)
Vanessa Rivas-Bernardy (*pro hac vice*)
**JUSTICE ACTION CENTER**
P.O. Box 27280
Los Angeles, CA 90027
Telephone: (323) 450-7272
esther.sung@justiceactioncenter.org
karen.tumlin@justiceactioncenter.org
hillary.li@justiceactioncenter.org
laura.flores-perilla@justiceactioncenter.org
brandon.galli-graves@justiceactioncenter.org
vanessa.rivas@justiceactioncenter.org

Tom-Tsvi M. Jawetz (*pro hac vice*)
*JAC Cooperating Attorney*
1358 Jefferson St. NW
Washington, DC 20011
Telephone: (202) 413-5208
Tom.Jawetz@gmail.com

Carl Bergquist (*pro hac vice*)
**COALITION FOR HUMANE IMMIGRANT RIGHTS**
2533 West 3rd St, Suite 101
Los Angeles, CA 90057

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

DREW C. ENSIGN
Deputy Assistant Attorney General

TYLER J. BECKER
Counsel to the Assistant Attorney General

/s/ Papu Sandhu
PAPU SANDHU
(Mass. Bar No. 630090)
Acting Senior Leader
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 616-9357
Email: papu.sandhu@usdoj.gov

*Attorneys for Defendants*

[1] In its August 14, 2025 minute order staying proceedings pending Defendants' interlocutory appeal to the D.C. Circuit Court of Appeals, the Court vacated Defendants' deadline to file a responsive pleading to the Amended Complaint pursuant to a joint motion filed by the parties. Under the parties' proposal set forth above, that deadline would remain vacated. The parties also note that the Court's August 14, 2025 order directed the parties to file a joint status report within 10 days of a decision of the D.C. Circuit regarding Defendants' appeal. The parties apologize to the Court for overlooking this directive and failing to file such report.

Telephone: (310) 279-6025
cbergquist@chirla.org

Shana Khader (D.D.C. Bar No. 90011926)
**CASA, INC.**
P.O. Box 7277
Hyattsville, MD 20787
(240) 406-4348
skhader@wearecasa.org

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2026, I electronically filed this Joint Status Report with the Clerk of the Court for the United States Court of for the District of Columbia by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

*/s/ Papu Sandhu*
PAPU SANDHU
Assistant Director
U.S. Department of Justice